# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Aaron Douglas Goodson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:22-cv-00050-KDB |
| | ) | 5:20-cr-00046-KDB-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2022 Order.

August 4, 2022

Frank G. Johns, Clerk
United States District Court